DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON PECCO,**
Appellant,

v.

**DAVINIA FREI,**
Appellee.

No. 4D2023-2296

[June 6, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl A. Caracuzzo, Judge; L.T. Case No. 502023DR000598.

Jason Pecco, Riviera Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***